UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LATINO MEDICAL STUDENT ASSOCIATION-NORTHEAST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FLIPCAUSE, INC., et al.,<br><br>Defendants. | Case No. 25-cv-09047-JST<br><br>**NOTICE OF EX PARTE COMMUNICATION; ORDER ADMINISTRATIVELY CLOSING CASE** |

Earlier today, the Court received an ex parte communication, delivered to the email address of the Courtroom Deputy, stating as follows:

> Honorable Judge Tigar,
>
> It is my understanding that there is a hearing on the Motion for Temporary Restraining Order and Preliminary Injunction filed by Plaintiff's counsel in the above matter, scheduled to be heard by you today.
>
> Please be advised that on December 19, 2025, Flipcause, Inc. filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (Case No.25-12246). A copy of the petition is attached.
>
> Regards,
> Denisse Guevara
>
> _____
> Denisse Guevara
> Gellert Seitz Busenkell & Brown LLC
> 1201 N. Orange Street, 3rd Floor
> Wilmington, DE 19801
> 302-416-3357
> dguevara@gsbblaw.com

The undersigned subsequently confirmed that a voluntary petition for bankruptcy under Chapter 11 was, in fact, filed in the United States Bankruptcy Court for the District of Delaware.

*See In re: Flipcause, Inc., Debtor* (Bankr. D. Del. Dec. 19, 2025). "Under the Bankruptcy Code, filing a petition for bankruptcy automatically 'operates as a stay' of creditors' debt-collection efforts outside the umbrella of the bankruptcy case. 11 U.S.C. § 362(a). *Ritzen Grp., Inc. v. Jackson Masonry, LLC*, 589 U.S. 35, 37 (2020).

Accordingly, this case is automatically stayed pursuant to section 362(a). Following the hearing scheduled for 2:00 p.m. this afternoon, the Clerk shall administratively close the file. This order shall not be considered a dismissal or disposition of this action against any party. If further proceedings become necessary, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: December 19, 2025



JON S. TIGAR
United States District Judge